No. 764. JESSIE L. WICKWIRE, INDIVIDUALLY AND AS EXECUTRIX AND TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF EDWARD L. WICKWIRE *v.* MABEL G. REINECKE, AS COLLECTOR AND AS ACTING COLLECTOR OF INTERNAL REVENUE, ETC. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Forest D. Siefkin* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Sewall Key* for respondent.

No. 770. F. H. MASON *v.* C. F. ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. January 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Horace Andrews* and *S. M. Jett* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for respondent.

No. 791. L. M. WILLCUTS, COLLECTOR OF INTERNAL REVENUE *v.* MILTON DAIRY COMPANY. January 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Mitchell, Messrs. A. W. Gregg* and *J. R. Wheeler* for petitioner. *Mr. Haydn S. Cole* for respondent.

No. 799. S. M. GORIEB *v.* CHARLES D. FOX ET AL., MEMBERS OF THE CITY COUNCIL OF ROANOKE, VIRGINIA, ET AL. February 21, 1927. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of Virginia granted. *Mr. G. A. Wingfield* for petitioner. *Messrs. Robert C. Jackson* and *Charles D. Fox, pro se,* for respondents.